UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN CRAIG,

    Plaintiff,

v.                                   CASE NO. 8:16-cv-2448-T-23JSS

NAVIENT SOLUTIONS, INC.,

    Defendant.
_____/

## **ORDER**

Stipulating that "this action is subject to arbitration," the parties move (Doc. 19) to stay this action pending arbitration  The motion (Doc. 19) is **GRANTED**.  In accord with 9 U.S.C. § 3, this action is **STAYED**.  The clerk is directed to administratively close the case.  Within a week after the parties receive the arbitral decision, the plaintiff must move to re-open the case and to lift the stay.  If the parties have not received the arbitral decision by **MAY 1, 2017**, on that day the plaintiff must file a report detailing the status of the arbitration.

ORDERED in Tampa, Florida, on December 21, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE