UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN CRAIG,

    Plaintiff,

v.                                      CASE NO. 8:16-cv-2448-T-23JSS

NAVIENT SOLUTIONS, LLC,

    Defendant.
_____/

**ORDER**

In accord with the parties' stipulation (Doc. 25), the action is **DISMISSED WITH PREJUDICE**. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on November 2, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE